■ In the Matter of AMANDA L. DECKER, Respondent, v CHRISTOPHER G. NUGENT, Appellant. [793 NYS2d 920]—Appeal from an order of the Family Court of Delaware County (Becker, J.), entered June 17, 2004, which granted petitioner's application, in a proceeding pursuant to Family Ct Act article 5, to direct respondent to pay child support.

Order affirmed, upon the opinion of Judge Carl F. Becker.

Mercure, J.P., Crew III, Peters, Mugglin and Rose, JJ., concur. Ordered that the order is affirmed, without costs.